# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MIKE'S, INC. <br> Plaintiff <br> v. <br> Vessel WHITE STAR ONE, et al., <br> Defendant | Case No. 3:13-cv-232-DRH-DGW |

## VERIFIED CLAIM OF INTEREST IN VESSEL WHITE STAR ONE

COMES NOW Regions Bank, as secured creditor, and submits this Claim of Interest in the Vessel WHITE STAR ONE, f/k/a CASINO QUEEN, as follows:

1. On or about June 4, 2008, White Star Line, LLC made and delivered to Plaintiff its promissory note in the principal amount of Two Million, Five Hundred Thousand Dollars ($2,500,000.00).

2. On the same date, in order to secure said Promissory Note, White Star Line, LLC made and delivered to Plaintiff its Preferred Ship Mortgage covering the vessel now known as WHITE STAR ONE and then known as CASINO QUEEN.

3. The said Preferred Ship Mortgage was registered with the United States Coast Guard.

4. True and correct copies of the Promissory Note, Preferred Ship Mortgage, and evidence of registration of the Preferred Ship Mortgage are attached as Exhibits 1-3 respectively and incorporated herein by reference.

5. White Star Line, LLC, has failed and refused to pay the full amount due on the Promissory Note, and a total exceeding $1,413,256.26 is now due and owing to Regions Bank.

WHEREFORE, Regions Bank prays that its lien pursuant to the Preferred Ship Mortgage be adjudged a first-priority lien on the vessel and the proceeds of any sale, and for such further relief as is just and proper.

/s/ David G. Wasinger
David G. Wasinger, Ill. ARDC #06200269
James S. Cole, Member of District Bar
THE WASINGER LAW GROUP, P.C.
Magna Place, Suite 875
1401 S. Brentwood Boulevard
St. Louis, MO 63144
(314) 961-0400; (314) 961-2726 FAX
Attorneys for Regions Bank

REGIONS BANK

By: /s/ Stephen L. Quick
Stephen L. Quick, Regions Bank

STATE OF MISSOURI )
) SS
COUNTY OF ST. LOUIS )

On this 16th day of April, 2013, before me personally appeared Stephen L. Quick, vice president of Regions Bank, known to me to be the person who executed the within Claim of Interest on behalf of Regions Bank and acknowledged to me that he executed the same for the purposes therein stated and that the matters and facts set forth therein are true and correct to the best of his/her knowledge, information and belief.

IN TESTIMONY WHEREOF, I hereunto set my hand and official seal the day and year first above written.

My Commission Expires: 6/20/2014   /s/ Pamela E. Dotson
Notary Public

PAMELA E. DOTSON
My Commission Expires
June 20, 2014
St. Louis County
Commission #10519044

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing document and all exhibits described therein was sent by ECF notice to those participating therein and was mailed, first-class postage prepaid, to the remaining persons listed at the addresses shown below on April 16, 2013.

                                                  /s/ James S. Cole

Robert Nienhuis, Esq.                  Attorney for Plaintiff
Goldstein & Price, L.C.
Suite 1000
One Memorial Drive
St. Louis, MO  63102-2449

Kevin T. Lake, Esq.                    Attorney for Defendants
Lake, Burcke, Lake & Watkins, LLC
7777 Bonhomme Ave., Suite 1501
Clayton, MO  63105