UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MIKE'S, INC. | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:13-cv-232-DRH-DGW |
| | ) | |
| Vessel WHITE STAR ONE, et al., | ) | |
| | ) | |
|       Defendant. | ) | |

## VERIFIED CLAIM OF INTEREST IN VESSEL WHITE STAR ONE

COMES NOW ACF Property Management, Inc. ("ACF"), as secured creditor, and submits this Claim of Interest in the Vessel WHITE STAR ONE, f/k/a CASINO QUEEN, as follows:

1. On or about September 3, 2009, White Star Line, LLC made and delivered to ACF its promissory note in the principal amount of One Million Dollars ($1,000,000.00).

2. On the same date, in order to secure said Promissory Note, White Star Line, LLC made and delivered to ACF its Preferred Ship Mortgage covering the vessel known as WHITE STAR ONE.

3. The said Preferred Ship Mortgage was registered with the United States Coast Guard.

4. True and correct copies of the Promissory Note and Preferred Ship Mortgage are attached as Exhibits 1 and 2, respectively, and incorporated herein by reference.

5. White Star Line, LLC, has failed and refused to pay the full amount due on the Promissory Note, and a total exceeding $1,026,645.83 is now due and owing to ACF.

WHEREFORE, ACF Property Management, Inc. prays that its lien pursuant to the Preferred Ship Mortgage be adjudged a first-priority lien on the vessel and the proceeds of any sale, and for such other and further relief deemed just and proper.

Respectfully submitted,

By: /s/ Andrew S. Buchanan
Andrew S. Buchanan, #194045
BUCHANAN, WILLIAMS & STILLEY, P.C.
7908 Bonhomme, Suite #200
Telephone: 314-878-2537
FAX: 417-781-9706
E-mail: abuchanan@bwsattorneys.com

Attorneys for ACF Property Management, Inc.

ACF PROPERTY MANAGEMENT, INC.

By: _____
Yana Viteri, VP

STATE OF _____ )
                     )SS
COUNTY OF _____ )

On this 19th day of April, 2013, before me personally appeared _____, known to me to be the person who executed the within Claim of Interest on behalf of ACF Property Management, Inc. and acknowledged to me that he/she executed the same for the purposes therein stated and that the matters and facts set forth therein are true and correct to the best of his/her knowledge, information and belief.

IN TESTIMONY WHEREOF, I hereunto set my hand and official seal the day and year first above written.

_____
Notary Public

My Commission Expires:

STATE OF CALIFORNIA          )
                             :ss.
COUNTY OF LOS ANGELES        )


On Friday, April 19, 2013, before me, <u>Jessica Winston, Notary Public</u>, personally appeared <u>Yana Viteri</u> who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.


WITNESS my hand and official seal.

*[signature: Jessica Winston]*

JESSICA B. WINSTON
Commission # 1954491
Notary Public - California
Los Angeles County
My Comm. Expires Sep 30, 2015

NOTARY SEAL

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document and all exhibits therein was sent by ECF notice to those participating therein and was mail, first-class postage prepaid, to the remaining persons listed at the addresses shown below on April 19, 2013.

| | |
|---|---|
| Robert Nienhuis, Esq.<br>Neal W. Settergren<br>Goldstein & Price, L.C.<br>Suite 1000<br>One Memorial Drive<br>St. Louis, MO 63102-2449 | Attorney for Plaintiff |
| Kevin T. Lake, Esq.<br>Lake, Burcke, Lake & Watkins, LLC<br>7777 Bonhomme Ave., Suite 1501<br>Clayton, MO 63105 | Attorney for Defendants |
| Theodore H. Lucas<br>Fox Galvin, LLC<br>One South Memorial Drive, 12th Fl.<br>St. Louis, MO 63102 | Attorney for Defendant Vessel White Star One |
| David G. Wasinger, III<br>James S. Cole<br>The Wasinger Law Group, P.C.<br>Magna Place, Suite 875<br>1401 S. Brentwood Blvd.<br>St. Louis, MO 63144 | Attorneys for Regions Bank |

/s/ Andrew S. Buchanan