IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MIKE'S, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:13-cv-232-DRH-DGW |
| THE VESSEL WHITE STAR ONE, and its engines, tackle, equipment, furnishings, and other appurtenances, *in rem*, and WHITE STAR LINE, LLC and JOHN JOSLYN, *in personam*, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## WHITE STAR LINE, LLC'S VERIFIED STATEMENT OF INTEREST IN THE VESSEL WHITE STAR ONE

COMES NOW defendant White Star Line, LLC, and makes claim to The Vessel WHITE STAR ONE, her tackle, engines, gear, machinery, equipment, furnishings, and all other articles and appurtenances thereto, and avers that now and at the time said WHITE STAR ONE was arrested by Mike's, Inc., in the within action, White Star Line, LLC, is and was the sole true and bona fide owner of The Vessel WHITE STAR ONE. White Star Line, LLC, will answer the complaint, demand restitution, and otherwise defend and act on behalf of The Vessel WHITE STAR ONE.

s/ Theodore H. Lucas
Theodore H. Lucas, # 06203138
FOX GALVIN, LLC
One South Memorial Drive, 12th Floor
St. Louis, MO 63102
314-588-7000
314-588-1965 (Fax)
tlucas@foxgalvin.com

Attorneys for Defendants
White Star Line, LLC

STATE OF TENNESSEE      )
                        ) SS.
COUNTY OF SEVIER        )

John Joslyn, being first duly sworn, on oath deposes and says that he is the Manager of White Star Line, LLC; that he is authorized to make this verification on behalf of White Star Line, LLC; that White Star Line, LLC, is the sole owner of The Vessel WHITE STAR ONE, a defendant in the above-entitled action; that he has read the foregoing Statement of Interest, knows the contents thereof, and that the same is true as he verily believes.

White Star Line, LLC

By: _____
JOHN JOSLYN

Its: Manager

Subscribed and sworn to before me this 17th day of April, 2013.

_____
Notary Public

Debbie Coplen
Printed Name

My Commission Expires: 2/28/15

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that service was made by means of the Notice of Electronic Filing, this 22nd day of April, 2013, to the following counsel of record:

Mr. Robert Nienhuis
Goldstein and Price, L.C.
The Gateway Tower, Suite 1000
One Memorial Drive
St. Louis, MO 63102-2449

Mr. David G. Wasinger
Mr. James S. Cole
The Wasinger Law Group, P.C.
Magna Place, Suite 875
1401 S. Brentwood Blvd.
St. Louis, MO 63144

                                                s/ Theodore H. Lucas