IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MIKE'S, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:13-cv-232-DRH-DGW |
| THE VESSEL WHITE STAR ONE, and its engines, tackle, equipment, furnishings, and other appurtenances, *in rem*, and WHITE STAR LINE, LLC and JOHN JOSLYN, *in personam,* | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ANSWER OF DEFENDANTS WHITE STAR LINE, LLC AND THE VESSEL WHITE STAR ONE

COME NOW defendants, White Star Line, LLC, and The Vessel WHITE STAR ONE, by and through their undersigned attorneys, and for their Answer to plaintiff's Complaint, state as follows:

1.  Defendants admit the allegations contained within paragraph 1.

2.  Defendants lack information sufficient to form a belief as to the truth of the allegations contained within paragraph 2 and, therefore, deny same.

3.  Defendants admit the allegations contained within paragraph 3.

4.  Defendants admit that the Vessel WHITE STAR ONE is now within the jurisdiction of this Honorable Court. Defendants deny the remaining allegations contained within paragraph 4.

5.  Defendant White Star Line, LLC, admits the allegations contained in paragraph 5. The remaining defendant makes no response to these allegations as they are not directed toward it. To the extent that any response is required from said defendant, the allegations are denied.

1

6. Defendants admit the allegations contained within paragraph 6.

7. Defendants deny the allegations contained within paragraph 7.

8. Defendants deny the allegations contained within paragraph 8.

9. Defendants deny the allegations contained within paragraph 9.

10. Defendants deny the allegations contained within paragraph 10.

11. Defendants deny the allegations contained within paragraph 11.

12. Defendants deny the allegations contained within paragraph 12.

13. Defendants deny the allegations contained within paragraph 13.

## **AFFIRMATIVE DEFENSES**

As and for affirmative defenses, defendants state as follows:

1. Plaintiff fails to state a claim for which relief can be granted.

2. Plaintiff's claims are barred by the applicable statute of limitations and/or laches.

3. Plaintiff's claims are barred by the doctrine of unclean hands.

4. The amount of interest sought by plaintiff exceeds that which is permitted by law.

5. Plaintiff relied solely on the credit of White Star Line, LLC, and not the credit of the vessel.

6. The Vessel WHITE STAR ONE is subject to a first preferred ship mortgage, as well as a second preferred ship mortgage, both of which take priority over plaintiff's claims.

WHEREFORE, defendants pray that this Court will enter its Order denying all relief requested by plaintiff and awarding defendants their costs incurred herein.

s/ Theodore H. Lucas
Theodore H. Lucas, # 06203138
FOX GALVIN, LLC
One South Memorial Drive, 12th Floor
St. Louis, MO 63102
314-588-7000
314-588-1965 (Fax)
tlucas@foxgalvin.com

Attorneys for Defendants
The Vessel WHITE STAR ONE, White Star Line, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that service was made by means of the Notice of Electronic Filing, this 17th day of May, 2013, to the following counsel of record:

Mr. Robert Nienhuis
Goldstein and Price, L.C.
The Gateway Tower, Suite 1000
One Memorial Drive
St. Louis, MO 63102-2449

Mr. David G. Wasinger
Mr. James S. Cole
The Wasinger Law Group, P.C.
Magna Place, Suite 875
1401 S. Brentwood Blvd.
St. Louis, MO 63144

Mr. Andrew S. Buchanan
Buchanan, Williams & Stilley, P.C.
7908 Bonhomme, Suite 200
St. Louis, MO 63105

s/ Theodore H. Lucas