IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MIKE'S, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:13-cv-232-DRH-DGW |
| THE VESSEL WHITE STAR ONE, and its | ) |
| engines, tackle, equipment, furnishings, and | ) |
| other appurtenances, *in rem*, and WHITE | ) |
| STAR LINE, LLC and JOHN JOSLYN, *in* | ) |
| *personam,* | ) |
| | ) |
| Defendants. | ) |

## ANSWER OF DEFENDANT JOHN JOSLYN

COMES NOW defendant, John Joslyn, by and through his undersigned attorneys, and for

his Answer to plaintiff's Complaint, states as follows:

1.      Defendant admits the allegations contained within paragraph 1.

2.      Defendant lacks information sufficient to form a belief as to the truth of the

allegations contained within paragraph 2 and, therefore, denies same.

3.      Defendant admits the allegations contained within paragraph 3.

4.      Defendant admits that the Vessel WHITE STAR ONE is now within the

jurisdiction of this Honorable Court.  Defendant denies the remaining allegations contained

within paragraph 4.

5.      Defendant admits the allegations contained in paragraph 5.

6.      Defendant admits the allegations contained within paragraph 6.

7.      Defendant denies the allegations contained within paragraph 7.

8.      Defendant denies the allegations contained within paragraph 8.

9.      Defendant denies the allegations contained within paragraph 9.

10.     Defendant denies the allegations contained within paragraph 10.

11.     Defendant denies the allegations contained within paragraph 11.

12.     Defendant denies the allegations contained within paragraph 12.

13.     Defendant denies the allegations contained within paragraph 13.

**<u>AFFIRMATIVE DEFENSES</u>**

As and for affirmative defenses, defendant states as follows:

1.     Plaintiff fails to state a claim for which relief can be granted.

2.     Plaintiff's claims are barred by the applicable statute of limitations and/or laches.

3.     This Court lacks personal jurisdiction over defendant.

4.     Plaintiff's claims are barred by the doctrine of unclean hands.

5.     The amount of interest sought by plaintiff exceeds that which is permitted by law.

6.     Plaintiff relied solely on the credit of White Star Line, LLC, and not the credit of the vessel.

7.     The Vessel WHITE STAR ONE is subject to a first preferred ship mortgage, as well as a second preferred ship mortgage, both of which take priority over plaintiff's claims.

8.     At all material times, defendant was not acting in his individual capacity, but rather was acting as an agent on behalf of a known principal, White Star One, LLC, and, therefore, can have no liability herein.

WHEREFORE, defendant prays that this Court will enter its Order denying all relief requested by plaintiff and awarding defendant his costs incurred herein.

s/ Theodore H. Lucas
Theodore H. Lucas, # 06203138
FOX GALVIN, LLC
One South Memorial Drive, 12th Floor
St. Louis, MO  63102
314-588-7000
314-588-1965 (Fax)
tlucas@foxgalvin.com

Attorneys for Defendant
John Joslyn


## CERTIFICATE OF SERVICE

The undersigned certifies that service was made by means of the Notice of Electronic Filing, this 17th day of May, 2013, to the following counsel of record:

Mr. Robert Nienhuis
Goldstein and Price, L.C.
The Gateway Tower, Suite 1000
One Memorial Drive
St. Louis, MO 63102-2449

Mr. David G. Wasinger
Mr. James S. Cole
The Wasinger Law Group, P.C.
Magna Place, Suite 875
1401 S. Brentwood Blvd.
St. Louis, MO  63144

Mr. Andrew S. Buchanan
Buchanan, Williams & Stilley, P.C.
7908 Bonhomme, Suite 200
St. Louis, MO 63105


s/ Theodore H. Lucas