IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MIKE'S, INC., | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:13-cv-232-DRH-DGW |
| THE VESSEL WHITE STAR ONE, and its engines, tackle, equipment, furnishings, and other appurtenances, *in rem*, and WHITE STAR LINE, LLC and JOHN JOSLYN, *in personam*, | ) ) ) ) ) ) ) |
|       Defendants. | ) ) |

## AFFIDAVIT OF JOHN JOSLYN

STATE OF TENNESSEE    )
                                ) ss.
COUNTY OF SEVIER      )

      COMES NOW Affiant, John Joslyn, being duly sworn under oath, and for his Affidavit states as follows:

      1.      My name is John Joslyn. I am over the age of 21 and have personal knowledge of the matters set forth in this Affidavit.

      2.      White Star Line, LLC, is a Delaware limited liability company formed on April 21, 2008. I am the Manager of White Star Line, LLC.

      3.      On June 11, 2008, White Star Line, LLC, purchased the vessel WHITE STAR ONE (formerly known as the CASINO QUEEN) for $2,500,000. White Star Line, LLC, is the current owner of the WHITE STAR ONE.



4. My wife, Mary Kellogg-Joslyn, and I have signed personal guarantees for the first Preferred Ship Mortgage in favor of Regions Bank, and the additional Preferred Ship Mortgage in favor of ACF Property Management, Inc.

5. If the Court orders a sale of the WHITE STAR ONE prior to October 15, 2013, Regions and ACF will presumably pursue me and my wife personally for the the difference between the amount owed on the WHITE STAR ONE and the sale price.

6. The vessel WHITE STAR ONE began docking at Mike's, Inc., on October 26, 2008. Mike's, Inc., and White Star Line, LLC, agreed that Mike's, Inc., would charge $200 per day for mooring, and Mike's, Inc., did so from October 31, 2008 through December 31, 2010.

7. Commencing January 2011, Mike's, Inc., unilaterally began charging $300 per day for the mooring fee. Commencing November 30, 2011, Mike's, Inc., unilaterally increased the mooring rate to $500 per day. In February 2013, Mike's, Inc., unilaterally increased the mooring rate to $1,000 per day. As a result of these unreasonable increases in the mooring rate, Mike's, Inc., has charged a total of $698,119.06 for mooring from October 26, 2008 through March 19, 2013.

8. At $200 per day, Mike's, Inc.'s total charges (mooring, plus "mooring surcharges," charges for shore power, and charges for material, equipment, and labor) for the October 26, 2008 to March 19, 2013, time period come to $492,719.06. Mike's, Inc., has been paid $399,495.87.

9. Thus, at most, White Star Line, LLC, owes Mike's, Inc., $93,223.19, but White Star Line, LLC, submits that even this amount is inflated due to mooring surcharges, charges for shore power, charges for material, equipment, and labor, all of which are disputed.

2

10. White Star Line, LLC, has entered into an agreement with Polestar Marina for mooring of the vessel WHITE STAR ONE at a rate of $200 per day. A true and correct copy of the agreement is attached as Exhibit A-1. The estimated date for completion of the mooring system at Polestar Marina is August 1, 2013. As soon as the mooring system is installed, White Star Line, LLC, will move the WHITE STAR ONE to Polestar Marina. Installation of the mooring system and removal of the vessel from Mike's, Inc., have been delayed due to high water.

11. Legacy Family Entertainment, LLC ("Legacy"), whose only members are John Joslyn and Mary Kellogg-Joslyn, is in the process of obtaining financing that will enable White Star Line, LLC, to pay the Preferred Ship Mortgages and Mike's, Inc. Legacy anticipates receiving a letter of commitment for said financing on or before July 30, 2013, and closing on the financing on or before September 30, 2013. Obtaining said financing has been delayed because it has taken much longer than expected to obtain the appraisal for the 18 acres of real estate that is being used as security for said financing. The appraisal will be completed by July 5, 2013, and will be submitted to the lender by July 10, 2013. A response from the lender is expected by July 30, 2013.

12. Moving the vessel WHITE STAR ONE has been delayed due to high water, but White Star Line, LLC, anticipates that the vessel will be moved to Polestar Marina on or about August 1, 2013.

_____
John Joslyn, in his Capacity as Manager of
White Star Line, LLC

Subscribed and sworn to before me this 1st day of July, 20 13.

_____
Notary Public

Printed Name: Debbie Coplen

My Commission Expires: 2/28/15

[Notary Seal: DEBBIE COPLEN, STATE OF TENNESSEE, NOTARY PUBLIC, SEVIER COUNTY]

4