IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MIKE'S, INC., )
 )
    Plaintiff, )
 )
v. ) Case No. 3:13-cv-232-DRH-DGW
 )
THE VESSEL WHITE STAR ONE, and its )
engines, tackle, equipment, furnishings, and )
other appurtenances, *in rem*, and WHITE )
STAR LINE, LLC and JOHN JOSLYN, *in* )
*personam*, )
 )
    Defendants. )

## AFFIDAVIT OF WILLIAM J. MANLEY

STATE OF MISSOURI    )
    ) ss.
COUNTY OF ST. LOUIS    )

    COMES NOW Affiant, William J. Manley, being duly sworn under oath, and for his Affidavit states as follows:

    1.    My name is William J. Manley. I have been a marine surveyor for 34 years. I am also a licensed professional engineer specializing in marine terminals and mooring facilities. I have been a licensed professional engineer for 20 years.

    2.    I personally inspected the vessel WHITE STAR ONE (formerly known as the CASINO QUEEN) on June 24, 2013. The vessel is in stable condition and will not deteriorate in any meaningful way over the course of the next four months.

    3.    As set forth in more detail in an appraisal performed by my firm, Manley Brothers, LLC, attached hereto as Exhibit B-1, the current fair market value of the WHITE STAR ONE is approximately $1,543,800.


EXHIBIT B

4. When the WHITE STAR ONE first began being moored at Mike's, Inc., in October 2008, I was personally involved in discussions with Mike Marko. Mr. Marko stated to me that the mooring fee would be $200 per day.

5. I have designed an alternative mooring system for the WHITE STAR ONE at Polestar Marina located on the Mississippi River in St. Charles County, Missouri. A copy of those plans is attached. The estimated date for completion of the mooring system is approximately 30 days after the start of the work.

_____
William J. Manley

Subscribed and sworn to before me this __1__ day of __July__, 20_13_.

_____
Notary Public

Printed Name: _Peggy Derleth_

My Commission Expires:

PEGGY DERLETH
Notary Public-Notary Seal
State of Missouri, St Louis County
Commission # 12468431
My Commission Expires Dec 19, 2016

2