IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MIKE'S, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-cv-232-DRH-DGW |
| | ) | |
| Vessel WHITE STAR ONE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE THAT AUTOMATIC STAY HAS BEEN LIFTED

COMES NOW Plaintiff Mike's, Inc. and states that on February 13, 2014, Chief Bankruptcy Judge Laura Grandy lifted the automatic stay in the bankruptcy proceeding filed by Defendant White Star Line, LLC.[1] Judge Grandy ruled that the present action may proceed, including the U.S. Marshall's sale of the vessel WHITE STAR ONE. This Court's sale of the WHITE STAR ONE, previously set for November 15, 2013, was halted by White Star Line, LLC's bankruptcy filing on the eve of the sale. A copy of the pertinent motion for relief from the automatic stay and the Court's minutes reflecting the granting of the motion are attached as Exhibit A and B.

GOLDSTEIN AND PRICE, L.C.
and Robert Nienhuis
and Neal W. Settergren
By: /s *Robert Nienhuis*
One Memorial Drive, Suite 1000
St. Louis, MO 63102-2449
(314) 516-1700
Fax: (314) 421-2832
ATTORNEYS FOR PLAINTIFF MIKE'S, INC.

---

[1] White Star Line, LLC's filed its bankruptcy proceeding in Delaware, but the action was transferred to this Court.

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2014, the foregoing document was filed electronically with the Clerk of Court to be served on the following counsel of record by operation of the Court's electronic filing system:

Theodore H. Lucas
Fox Galvin LLC
One South Memorial Drive
12th Floor
St. Louis, MO 63102
**Counsel for John Joslyn, White Star Line, LLC, and the vessel WHITE STAR ONE**

James S. Cole
Wasinger Law Group, P.C.
1401 South Brentwood, Suite 875
St. Louis, MO 63144
**Counsel for Regions Bank**

David G. Wasinger
Murphy Wasinger LC
1401 South Brentwood Boulevard, Suite 550
St. Louis, MO 63144
**Counsel for Regions Bank**

Andrew S. Buchanan
Buchanan Williams Stilley PC
7908 Bonhomme, Suite 200
St. Louis, MO 63105
**Counsel for ACF Property Management, Inc.**

                /s *Robert Nienhuis*