# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MIKE'S, INC. | ) |
|     Plaintiff | ) |
| v. | ) Case No. 3:13-cv-232-DRH-DGW |
| Vessel WHITE STAR ONE, et al., | ) |
|     Defendants | ) |

## MOTION OF REGIONS BANK FOR DETERMINATION OF REASONABLE EXPENSES OF SALE AND OF VESSEL WHILE IN CUSTODIA LEGIS AND DISTRIBUTION OF REMAINING PROCEEDS OF SALE OF VESSEL

COMES NOW Regions Bank ("Regions"), by counsel, and moves that the Court determine the reasonable expenses to be paid while the Vessel WHITE STAR ONE was *in custodia legis* and reasonable expenses of sale, and then that the Court order distribution of the remaining proceeds of sale to Regions. In furtherance thereof, Regions respectfully states as follows:

    I.    On or about June 4, 2008, White Star Line, LLC made and delivered to Plaintiff its promissory note in the principal amount of Two Million, Five Hundred Thousand Dollars ($2,500,000.00).

    2.    On the same date, in order to secure said Promissory Note, White Star Line, LLC made and delivered to Plaintiff its Preferred Ship Mortgage covering the vessel now known as WHITE STAR ONE and then known as CASINO QUEEN.

    3.    The said Preferred Ship Mortgage was registered with the United States Coast Guard.

    4.    True and correct copies of the Promissory Note, Preferred Ship Mortgage, and

evidence of registration of the Preferred Ship Mortgage were attached as Exhibits A-C respectively and incorporated in the Claim of Regions Bank on Proceeds of Sale of Vessel WHITE STAR ONE, filed in this Court on or about May 8, 2014.

5. White Star Line, LLC, has failed and refused to pay the full amount due on the Promissory Note.

6. On or about April 4, 2014, the U. S. Marshal sold the Vessel pursuant to Order of this Court. The winning bid of $600,000.00 ("Sale Proceeds") has been paid by the bidder, and the Sale Proceeds are available for distribution to those entitled thereto.

7. As of the date of sale, April 4, 2014, the principal balance due to Regions Bank was $1,347,170.80, and accrued interest was $241,853.83, for a total of $1,589,024.63. Interest continues to accrue at the rate of $205.82 per diem.

8. Reasonable costs of sale and expenses of the Vessel while it was *in custodia legis* remain to be determined by the Court pursuant to the Verified Motion for Disbursement of Funds for *Custodia Legis* Expenses During Vessel Seizure filed by Mike's Inc. on or about May 8, 2014.

9. By reason of its Preferred Ship Mortgage, Regions' interests in the remainder of the Sale Proceeds after deduction of the expenses described above is superior to the interests of other claimants to the same.

WHEREFORE, Regions Bank prays that the Court determine the reasonable expenses of sale and reasonable expenses of the Vessel while the Vessel was *in custodia legis*, and then order

that the Sale Proceeds remaining after deduction of such expenses be paid to Regions Bank.

Regions Bank further seeks such additional relief as is just and proper.

       /s/ James S. Cole
James S. Cole, Ill. ARDC #06314940
The Wasinger Law Group, P.C.
1401 South Brentwood Boulevard, Ste. 875
St. Louis, Missouri 63144
(314) 961-0400; (314) 961-2726 FAX
jcole@wasingerlawgroup.com

Attorneys for Regions Bank

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document and all exhibits described therein was sent by ECF notice to those participating therein and by e-mail on May 27, 2014.

       /s/   James S. Cole

| | |
|---|---|
| Robert Nienhuis, Esq.<br>Neal W. Settergen, Esq.<br>Goldstein & Price, L.C.<br>One Memorial Drive, Suite 1000<br>St. Louis, MO 63102-2449<br>Attorneys for Plaintiff | Theodore H. Lucas, Esq.<br>Fox Galvin LLC<br>One South Memorial Drive, 12th Fl.<br>St. Louis, MO 63102<br>Attorney for Vessel WHITE STAR ONE, White Star, LLC, and John Joslyn |
| Andrew S. Buchanan, Esq.<br>Buchanan Williams Stilley PC<br>7908 Bonhomme, Suite 200<br>St. Louis, MO 63105<br>Attorneys for ACF Property Management, Inc. | |