IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

MIKE'S, INC.,

    Plaintiff,

v.                           No. 3:13-cv-232-DRH-DGW

Vessel WHITE STAR ONE, et al.

    Defendants.

## AGREED ORDER FOR DISTRIBUTION OF PROCEEDS OF SALE OF VESSEL

**HERNDON, Chief Judge:**

Pursuant to the settlement agreement announced in open court on July 9, 2014 of the Motion for Disbursement of Funds for *Custodia Legis* expenses filed by Mike's, Inc. [Doc. 69] and Motion for Disbursement of Funds filed by Regions Bank [Doc. 74], relating to the proceeds of the sale of the vessel WHITE STAR ONE for $600,000, and the receipt by the Clerk of Court from the U.S. Marshal of the sum of $590,890.88, representing the proceeds of the sale, less the statutorily-authorized commission and other lawful expenses of the Marshal's office, the Clerk of the Court is hereby **ORDERED** to pay promptly from the registry of the Court the amount of $295,445.44 to Mike's, Inc. and $295,445.44 to Regions Bank.

Digitally signed by David R. Herndon
Date: 2014.07.18 15:27:05 -05'00'

**Dated: July 18, 2014**

                                               CHIEF JUDGE
                                               U.S. DISTRICT COURT

Approved:

| | |
|---|---|
| /s/ Robert Nienhuis<br>Attorney for Mike's, Inc. | /s/ James S. Cole<br>Attorney for Regions Bank |
| /s/ Theodore H. Lucas<br>Attorney for White Star Line, LLC, John Joslyn, Management,<br>and the Vessel WHITE STAR ONE | /s/ Andrew S. Buchanan<br>Attorney for ACF Property<br><br>Inc. |