UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

MIKE'S INC.,

    Plaintiff,

v.

VESSEL WHITE STAR ONE,

    Defendant.                        No. 13-cv-232-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation of Dismissal executed by the plaintiff and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on August 1, 2014 (Doc. 84), this case is **DISMISSED** with prejudice.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                              BY:     /s/*Caitlin Fischer*
                                         **Deputy Clerk**

Dated: August 1, 2014

David R. Herndon
2014.08.01
14:56:54 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT